AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| RAGHURAI INC., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:23-cv-06157 |
| ATD TECHNOLOGY LLC, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Raghurai Inc.

Date:  08/16/2023

*Attorney's signature*

Jonathan Daniel Lupkin, JL-0792
*Printed name and bar number*

80 Broad St., Suite 3103
New York, NY 10004
*Address*

jlupkin@lupkinpllc.com
*E-mail address*

(646) 367-2772
*Telephone number*

(646) 219-4870
*FAX number*